IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK LUBLIN, et al.,              :    CIVIL ACTION
                                  :    NO. 07-3422
     Plaintiffs,                  :
                                  :
  v.                              :
                                  :
AMERICAN FINANCIAL                :
GROUP, INC., et al.,              :
                                  :
     Defendants.                  :

## O R D E R

**AND NOW**, this **20th** day of **June, 2013**, it is hereby **ORDERED** that Defendant's Motion for Leave To File Reply in Support of Summary Judgment (ECF No. 41) is **GRANTED**. It is **further ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 39) is **GRANTED**. The Clerk of the Court is directed to mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**